AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 7 NOV '22 17:51 USDC-ORP

ORIGINAL

United States of America
v.
Esteban Montenegro

Case No. 3:22-mj-00199-1

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Esteban Montenegro,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Fentanyl;
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), Possession with Intent to Distribute Fentanyl

Date: 11/07/2022

*Jolie A. Russo*
*Issuing officer's signature*

City and state:   Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 11/07/22
ARRESTED BY DEA

Date: _____

U.S. MARSHAL
BY E. CATER

*Arresting officer's signature*

*Printed name and title*