UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00417-SI |
| v. | INFORMATION |
| ESTEBAN MONTENEGRO, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))**

On or about November 6, 2022, in the District of Oregon, the defendant, **ESTEBAN MONTENEGRO**, did unlawfully and knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance. The United States Attorney further charges that this violation involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

//

//

**Information**   **Page 1**
Revised April 2018

## FORFEITURE ALLEGATION

Upon conviction of Count 1 in this information, the defendant, **ESTEBAN MONTENEGRO**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in Count 1 of this Information.

Dated this 29th day of November 2022.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_____
CASSADY ADAMS, CO Bar # 48807
Assistant United States Attorney